An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO, W.C., S.C, AND S.C,

TINA BIXMAN,
Appellant,
vs.
WILLIAM CAFFERO; SHARON CAFFERO; STEVE CAFFERO; AND THE STATE OF NEVADA HEALTH AND HUMAN SERVICES, DIVISION OF CHILD AND FAMILY SERVICES,
Respondents.

No. 62894

**FILED**

JUN 2 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _L. Maloie_
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

On April 23, 2013, this court entered an order denying without prejudice, appellant's motion to proceed in forma pauperis. Further, the order cautioned appellant that her failure to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Marie K Maloie_

---

[1] In light of this order, respondent's motion to dismiss appeal is denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13 - 18749

cc: Hon. Thomas L. Stockard, District Judge
Tina Bixman
Troy Curtis Jordan
Attorney General/Carson City
Churchill County Clerk